JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONECIA L. AUGUSTUS,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, MELVIN THATHIAH, DANIELLE NOWLIN, and DOES 1-10,<br><br>Defendants. | Case No. 2:22-CV-08810-SPG-AS<br><br>Hon. Sherilyn Peace Garnett<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC** |

Plaintiff Donecia L. Augustus and Defendants Trans Union LLC, Melvin Thathiah, and Danielle Nowlin (hereinafter "Defendants") have announced to the Court that all matters in controversy against the Defendants have been resolved. A Stipulation of Dismissal with Prejudice of the Defendants has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of the Defendants, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Donecia L. Augustus against Defendants Trans Union LLC, Melvin Thathiah, and Danielle Nowlin are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid

//
//
//
//
//

6090959.1

1

1 | by the party incurring same.

DATED: February 13, 2023

_____
Hon. Sherilyn Peace Garnett